Clarence E. Morrison, an Infant, by Emmer Morrison, His Guardian ad Litem, Respondent, v. The Ontario Knife Company, Appellant.—Judgment and order affirmed, with costs. All concurred. Spring, J., not sitting.

The People of the State of New York ex rel. Maria Wyllys, Relator, v. Charles J. Mason, as Town Superintendent of Highways of the Town of Conewango, Cattaraugus County, New York, Respondent.— Order of town superintendent confirmed, and writ dismissed, with fifty dollars costs. All concurred.

Federal Telephone and Telegraph Company, Respondent, v. George E. Landsheft, Appellant.— Order affirmed, with costs. New trial to be had in Buffalo City Court on the 23d day of July, 1912, at ten A. M. All concurred.

Francelia Hobart, as Administratrix, etc., of Henry Hobart, Deceased, Respondent, v. The Town of Tully, Appellant.—Judgment and order reversed, and new trial granted, with costs to appellant to abide event, upon the ground that no actionable negligence of the defendant was shown. (See *Flansburg* v. *Town of Elbridge*, 205 N. Y. 423.) All concurred, McLennan, P. J., upon the additional ground that the plaintiff's intestate was not shown free from contributory negligence, except Spring, J., who dissented.

James Corbitt, Respondent, v. Bertie K. Bloch, Appellant.—Judgment and order affirmed, with costs. All concurred.

Charles Schmidt, Plaintiff, v. Wright & Alexander Company and A. W. Hopeman & Sons Company, Defendants.—Plaintiff's exceptions overruled and motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit, with costs. All concurred.

Emma J. Heskell, as Administratrix, etc., of Frank Heskell, Deceased, Respondent, v. Auburn Light, Heat and Power Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson and Foote, JJ., who dissented.

Christopher C. Werner, as Trustee of Michael Doyle, Doing Business under the Name of Michael Doyle & Company, Bankrupt, Appellant, v. The Mohawk Condensed Milk Company and Anna M. Doyle, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Joseph Hullar, Appellant, v. The Artificial Paving Company, Respondent.—Judgment and order affirmed, with costs. All concurred.

Charles Winter, as Sole Trustee of School District No. 8 of the Town of Alexander, Plaintiff, v. George L. Thriftshauser, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. All concurred.